UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-02353-CEM-DCI

HOWARD COHAN,

      Plaintiff,

vs.


AD1 VIERA HOTELS, LLC
Florida Limited Liability Company
d/b/a HOLIDAY INN MELBORNE

      Defendant(s).

_____/

## <u>NOTICE OF SETTLEMENT</u>

The Plaintiff, HOWARD COHAN, ("Plaintiff") by and through the undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 14, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

Primary: greg@sconzolawoffice.com
Secondary: mcniff@sconzolawoffice.com
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defense Counsel, Steven Berkeley, Esq., via email at: smb@berkeleylawoffice.com.

**  /s/ Gregory S. Sconzo      **
**Gregory S. Sconzo, Esq.**